## (October 25, 1939.)

In the Matter of the Application of HAROLD E. JOHNSON, Appellant, for an Order Correcting Irregularities in the Petitions Filed with the BOARD OF ELECTIONS, Respondent, in the City of New York, Designating the Said HAROLD E. JOHNSON as a Candidate for the Office of Councilman of the City of New York from the Borough of Brooklyn.— Appeal from order denying petitioner's motion to correct irregularities contained in certain petitions filed with the board of elections of the city of New York. Order affirmed, without costs. No opinion. Leave to petitioner to appeal to the Court of Appeals, if so advised, is hereby granted. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

## (October 26, 1939.)

In the Matter of the Application of CLARENCE C. STOUGHTON, Appellant, for a Peremptory Mandamus Order against S. HOWARD COHEN and Others, as the Board of Elections of the City of New York, Respondents.— Appeal from order denying application of petitioner for an order requiring respondents to refrain from taking any proceedings to place upon the ballots or voting machines in the city of New York for the election of November 7, 1939, a proposal to amend article 1, section 9, of the Constitution of the State of New York. Order affirmed, without costs. No opinion. Lazansky, P. J., Johnston and Adel, JJ., concur; Taylor and Close, JJ., dissent and vote to reverse the order and grant the application on the ground that the provisions of the Constitution of the State of New York (art. 19, § 1) are controlling and there has been no compliance with said provisions.